# EXHIBIT A

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

_____ and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Aleeta Powe** | **225 278 3227** | ▬▬▬▬ |

| Street Address | City, State and ZIP Code |
|---|---|
| **4303 Wyola Court, Louisville, KY 40218** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **University of Louisville** | **501+** | **502 852 6981** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2301 South 3rd Street, Louisville, KY 40292** | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest          Latest
**11/28/2022**

☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

1. Charging Party, a black female, began working for the Respondent on August 8, 2005, as an Associate Professor in the Chemistry Department. The University has Instructional or Term Faculty and Research Faculty. Charging Party was considered a "Term" faculty member.

2. In late August 2022, faculty members voted Charging Party in as the Chemistry Department Chair, and the Interim Dean appointed her to the position.  After her appointment to Department Chair, Professor Richard Baldwin ("Baldwin") searched the college's by-laws for a way to have Charging Party's new appointment revoked.

3. In September 2022, Baldwin succeeded in obtaining a revote and found a way to remove the faculty members who originally voted for Charging Party. Baldwin won the revote and took over as Department Chair, even though Baldwin claimed he did not want the position.

4. Baldwin's position was that "Term" faculty were not eligible to serve as Chair of the department and, further, "Term" faculty were not eligible to vote on Department personnel matters.  Baldwin's position was pretext for racial discrimination as it reflected policies that were not adhered to within the department in the previous 8 years nor across the entire University.

5. Further, in October 2022, Baldwin told Charging Party that he intentionally searched for ways to prevent her from serving as Department Chair.  Baldwin claimed that Charging Party could not "be the face of the Department to the Nation."  Baldwin referred to Charging Party as a diversity hire, and he stated that the Dean appointed her to Department Chair only because she is black.

6. On November 3, 2022, Baldwin resigned as the Department Chair, and Charging Party tried to obtain the position once more.  Baldwin rallied against Charging Party and fought to prevent her from being nominated.  On November 28, 2022, Charging Party was informed that she was voted "unacceptable" to fill the position of Department Chair.

7. Respondent discriminated against Charging Party based on her race and sex in violation of Title VII of the Civil Rights Act of 1964. Charging Party has been damaged by Respondent's unlawful actions.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. **SIGNATURE OF COMPLAINANT** |
| Sep 20 2023 _____ *Date*      *(signature)* *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |